UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ESTATE OF ERIC VAN TINE, by and through its successor-in-interest Carole Van Tine, et al.,

Plaintiffs,

v.

COUNTY OF SAN DIEGO, et al.,

Defendant.

Case No.: 25-cv-1403-LL-JAC

**ORDER REQUIRING COUNTY DEFENDANTS TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO TAKE REMOTE DEPOSITION**

On November 5, 2026, the County Defendants filed an ex parte motion for leave to depose incarcerated third-party witness Walt Mehran via remote means. ECF No. 41. Plaintiffs allege in the Complaint that Mehran, who was housed in the same cell at San Diego Central Jail as decedent Eric Van Tine, assaulted Van Tine on December 3, 2023. *See generally* ECF No. 1. The Supreme Court has deemed the Fifth Amendment's protections against self-incrimination apply in civil proceedings. *Doe ex rel. Rudy-Glanzer v. Glanzer*, 232 F.3d 1258, 1263 (9th Cir. 2000) (citing *Lefkowitz v. Turley*, 414 U.S. 70, 77 (1973)). The privilege applies to circumstances in which the person invoking the privilege reasonably believes that his disclosures could be used in a criminal prosecution or could lead to other evidence that could be used in that manner. *Id.*

Accompanying the County Defendants' motion is the Declaration of Jennifer Martin. *See* ECF No. 41-1 ("Martin Decl."). Ms. Martin describes Mehran as "a percipient witness to the events at the center of Plaintiffs' claims, including the events in the cell before and during the incident." Martin Decl. ¶ 4. Ms. Martin avers that Mehran is incarcerated, *see* Martin Decl. ¶ 2, but she does not state on what charges. Based on the information before the Court, it is unclear whether Mehran's right against self-incrimination is implicated by the requested deposition.

By **November 16, 2026**, the County **SHALL** supplement its ex parte motion with a declaration or other evidence addressing: (1) whether Walt Mehran was charged for the alleged assault of Eric Van Tine, and (2) the status of that criminal case, including any appeal or right to appeal.

**IT IS SO ORDERED**.

Dated: November 12, 2026

Hon. Janet A. Cabral
United States Magistrate Judge